## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| CAROL A. SCHMID, | NO. 10-26467 |
| DEBTOR | JUDGE: Schmetterer |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-8 in your Chapter 13 case number 10-26467. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. As of April 5, 2011 the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 07/10-07/10 monthly payment at $575.97 | = $ | 575.97 |
| 08/10-04/11 monthly payments at $568.70 each | = $ | 5,118.30 |
| TOTAL | = $ | 5,694.27 |

Respectfully submitted,

 /s/ Todd J. Ruchman
Attorney for Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-8

Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-042109

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**